

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Foster Davis
County Attorney
Foard County
Crowell, Texas

Dear Sir:

Opinion No. O-4157
Re:  County has no authority to main-
      tain and keep up a public ceme-
      tery.

Your request for an opinion of this department reads

"The Crowell Cemetery Association desires
to make certain improvements to its buildings
and grounds, however, in order to do so it is
necessary to procure assistance from the
W. P. A.  Of course this necessitates the spon-
sor of this project by some political subdivi-
sion.  In this instance the sponsor is Foard
County and it is necessary that the sponsor
bind itself to maintain and keep up the ceme-
tery.  I would appreciate an opinion as to
whether or not Foard County can legally expend
its funds in the upkeep and maintenance of a
cemetery."

For the purpose of this opinion we assume that the
Crowell Cemetery Association is operated as a public cemetery
selling lots to individuals.

We held in our opinion No. O-2699, a copy of which
is attached hereto, that a county has no authority to establis
a public cemetery and to levy taxes for the maintenance there-
of.

It naturally follows that the county has no authorit
to become "sponsor" of the proposed improvements to the proper

ty of the Crowell Cemetery Association, and to bind the county for the upkeep and maintenance thereof.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Lloyd Armstrong
Lloyd Armstrong
Assistant

LA:GO

ENCLOSURE


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN